```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
STEVEN HIRSCH,                        :     23cv11202(DLC)
                                      :
                    Plaintiff,        :
          -v-                         :     ORDER OF
                                      :     DISCONTINUANCE
VALNET, INC.,                         :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by June 14, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          April 16, 2024

*[signature]*
DENISE COTE
United States District Judge